UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SIMCHA DORNBUSH, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

ALLIED ACCOUNT SERVICES, INC.,

        Defendant.

------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 19 2018 ★

LONG ISLAND OFFICE

**STIPULATION OF DISMISSAL**
**17-CV-1259**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ALLIED ACCOUNT SERVICES, INC., with prejudice and without costs to any party.

SIMCHA DORNBUSH

_____
YITZCHAK ZELMAN, ESQ.
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
*Attorney for Plaintiff*

ALLIED ACCOUNT SERVICES, INC.

_____
ARTHUR SANDERS, ESQ.
30 South Main Street
New City, NY 10956
*Attorney for Defendant*

Case closed.
So Ordered.

1/19/18

/s/ Joan M. Azrack